CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
INTERNATIONAL HANDYBULK CARRIERS :
LTD. BVI, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiff,　　　　　　　:　　08-CV-1003
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　v.　　　　　　　　　　　　　:　　**NOTICE OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**APPEARANCE**
TRANSLINK (TIANJIN) INTERNATIONAL :
TRANSPORTATION CO. LTD. :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendants.　　　　　　:
----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
　　　　February 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　　CLARK, ATCHESON & REISERT
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Garnishee
　　　　　　　　　　　　　　　　　　　　　　　　Societe Generale New York Branch
　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　Richard J. Reisert (RR-7118)
　　　　　　　　　　　　　　　　7800 River Road
　　　　　　　　　　　　　　　　North Bergen, NJ 07047
　　　　　　　　　　　　　　　　Tel: (201) 537-1200
　　　　　　　　　　　　　　　　Fax: (201) 537-1201
　　　　　　　　　　　　　　　　Email: reisert@navlaw.com